FILED
MAY 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

5-12-10

Clerk of Court.

Case No. CV-10-2671

On 5-7-10 I sent to the United States District Court and $50.00, Cashier check, to be paid towards the above case. I would like to know if the court recieve it?

Also I am sending a copy of my administrative Remedy to be filed as an exhibit in the following case CV-10-2671.

Thank You

Leon Thomas #06129-02
Federal Corr. Complex
P.O. Box 5300
Adelanto, Ca
92301