STEPTOE & JOHNSON LLP
DYLAN RUGA (SBN 235969)
NOELLE L. CHUNG (SBN 272244)
MICHAEL C. MARTINEZ (SBN 275581)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:   (310) 734-3200
Facsimile:     (310) 734-3300
Email:       druga@steptoe.com
Email:       nchung@steptoe.com
Email:       mmartinez@steptoe.com

Attorneys for Plaintiff
LEON THOMAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON THOMAS,<br><br>             Plaintiff,<br><br>     vs.<br><br>FRANCISCO QUINTANA, et al.,<br><br>             Defendants. | Case No.: 10-cv-02671 DDP (FMOx)<br><br>**ORDER RE FILING OF PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANTS' ANSWER THERETO** |

[PROPOSED] ORDER

DOC. # DC-8111414 V.3

## ORDER

Having considered the Joint Stipulation re Filing of Plaintiff's Second Amended Complaint and Defendants' Answer Thereto, and finding good cause therefore, the Court Orders:

Plaintiff Leon K. Thomas may file a Second Amended Complaint and Demand for Jury Trial.

The parties will consider the Second Amended Complaint to be filed and served as of the date of this Order.

Defendants Francisco J. Quintana, Bradley Jurgensen, and Jeffrey Allen have fourteen (14) days from the filing of the Second Amended Complaint to file an Answer thereto.

DATED:   12/17/12           /s/
                    Honorable Fernando M. Olguin
                    Magistrate Judge