UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-02671-JGB (CWx)** | Date | February 11, 2015 |

Title   *Leon Thomas v. Francisco Quintana, et al.*

---

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER TO SHOW CAUSE as to Plaintiff's motions in limine (Doc. Nos. 143-149)  (IN CHAMBERS)

Plaintiff Leon Thomas ("Plaintiff") filed a complaint against Defendants Francisco Quintana and Bradley Jurgensen (collectively "Defendants") on April 20, 2010.[1]  (Doc. No. 4.) Plaintiff filed a First Amended Complaint ("FAC") on July 16, 2010 and filed a Second Amended Complaint ("SAC") on December 17, 2012.  (Doc. No. 84).  The SAC alleges a Bivens claim for cruel and unusual punishment and deliberate indifference to medical needs in violation of the Eighth Amendment.  (Id.)

The trial in this case is scheduled to begin on March 24, 2015, with a final pretrial conference on March 9, 2015.  (See Doc. No. 141.)  On February 9, 2015, Plaintiff filed seven motions in limine.  (Doc. Nos. 143-149.)  The Court's Civil Trial Scheduling Order explains that each side is limited to five such motions.  Therefore, Plaintiff shall immediately file a response to this order, in which he designates two motions in limine to be withdrawn.  Defendants' opposition to Plaintiff's motions in limine will be due on **February 20, 2015**.

   **IT IS SO ORDERED.**

---

[1] The Complaint also named three other Defendants who have since been dropped from the suit.