**STEPTOE & JOHNSON LLP**
Michael Flynn-O'Brien (SBN 291301)
Meegan B. Brooks (SBN 298570)
Danielle E. Vallone (SBN 302497)
1 Market Street, Steuart Tower Suite 1800
San Francisco, California 94108
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
Email:      mflynnobrien@steptoe.com
Email:      mbrooks@steptoe.com
Email:      dvallone@steptoe.com

Attorneys for Plaintiff
LEON THOMAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> FRANCISCO QUINTANA, et al., <br><br> Defendants. | Case No.: 10-cv-02671 JGB (CW) <br><br> Honorable Jesus G. Bernal <br><br> **[PROPOSED] ORDER DENYING DEFENDANT BRADLEY JURGENSEN'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT** |

This matter came before the Court for a hearing on June 10, 2019. Counsel from Steptoe & Johnson, LLP, appeared on behalf of the Plaintiff. Counsel from the United States Attorney's Office, appeared on behalf of the Defendant Bradley Jurgensen.

The Court, having considered the parties' written and oral submissions, and good cause appearing, rules as follows:

**IT IS ORDERED** that Defendant Bradley Jurgensen's Motion for Judgment on the Pleadings, or in the Alternative, Summary Judgment is **DENIED**. It is denied on the grounds that Defendant unreasonably delayed in bringing this Motion, Plaintiff properly exhausted all administrative remedies with respect to his matter, and that Plaintiff would be unduly prejudiced if this Motion were granted.

**IT IS FURTHER ORDERED** that Defendant Bradley Jurgensen must pay reasonable fees and attorneys' fees incurred by Plaintiff in opposing this Motion.

**SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT COURT
The Honorable Jesus G. Bernal